```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Chief, Criminal Division
 3  STEVEN R. WELK
    Assistant United States Attorney
 4  Chief, Asset Forfeiture Section
    LISABETH SHINER
 5  Special Assistant United States Attorney
    Asset Forfeiture Section
 6  California Bar No. 151792
         Federal Courthouse, 14th Floor
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone:  (213) 894-6528
         Facsimile:  (213) 894-7177
 9       Lisabeth.Shiner@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO.  CV 08-6768 SVW (FMOx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $90,800.00 IN U.S. CURRENCY, et al., | ) | **CONSENT JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | JS - 6 |
| JIANTONG LIU, et al., | ) | |
| | ) | |
| Claimants. | ) | |

This action was filed on October 15, 2008.  Notice was given and published in accordance with law.  Claimants Jiantong Liu and Yu Qian Ma (collectively hereinafter referred to as "claimants")

filed a joint claim in this matter on December 24, 2008 and an answer on January 23, 2009. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff and claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant sewing machine, and no other person or entity shall have any right, title or interest therein. United States Customs and Border Protection is ordered to dispose of the defendant sewing machine in accordance with law.

4. The United States of America shall have judgment as to $20,000.00 of the defendant currency, plus all interest earned by the government on the entirety of the defendant currency, and no other person or entity shall have any right, title or interest therein. United States Customs and Border Protection is ordered to dispose of said assets in accordance with law.

1  5.  $70,800.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimants and returned to them in care of their attorney, Steven L. Sugars.  Said funds shall be forwarded by a check made payable in the amount of $70,800.00 to "Steven L. Sugars Client Trust Account," and shall be mailed to Steven L. Sugars, Law Offices of Steven L. Sugars, 2485 Huntington Drive, San Marino, CA 91108.

6.  Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of Immigration and Customs Enforcement and Customs and Border Protection, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7.  The Court finds that there was reasonable cause for the seizure of the defendant sewing machine and the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated:   May 21, 2009_____

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

<u>Approved as to form and content:</u>

Dated: April 30___, 2009    THOMAS P. O'BRIEN
                                    United States Attorney
                                    CHRISTINE C. EWELL
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section


                                    /s/ LISABETH SHINER
                                    _____
                                    LISABETH SHINER
                                    Special Assistant United States Attorney
                                    Asset Forfeiture Section

                                    Attorneys for Plaintiff
                                    United States of America

Dated: April ___, 2009


                                    _____
                                    STEVEN L. SUGARS

                                    Attorney for Claimants
                                    Jiantong Liu and Yu Qian Ma